**Lynette C. THOMPSON,
Plaintiff–Appellant,**

v.

**NEW YORK CITY TRANSIT AUTHOR-
ITY, Jack S. Lusk, Robert Reiser, An-
thony Spicola and Lisa Peragino
Mintz, Defendants–Appellees.**

No. 02–9247.

United States Court of Appeals,
Second Circuit.

Sept. 10, 2003.

K.C. Okoli, New York, N.Y., for Appel-
lant.

Luisa K. Hagemeier, (Dorothea W. Re-
gal, on the brief), Hoguet, Newman &
Regal, New York, N.Y., for Appellee.

PRESENT: McLAUGHLIN,
CABRANES and B.D. PARKER, Circuit
Judges.

SUMMARY ORDER

Plaintiff–Appellant Lynette Thompson, a
black woman of Trinidadian origin, filed a
complaint against several New York City
Transit Authority employees on April 18,
1996. The complaint alleges that the de-
fendants unlawfully discriminated against
Thompson on the basis her race, gender,
and national origin in violation of Title VII
of the Civil Rights Act of 1964, 42 U.S.C.
§ 2000e *et seq.*, 42 U.S.C. § 1981, and New
York State Executive Law § 296. In par-
ticular, the complaint asserts that the de-
fendants discriminated against Thompson
by failing to interview her for an open
position in the department, failing to pro-
mote her to that position, and retaliating
against her for filing an employment dis-
crimination claim with the Equal Employ-
ment Opportunity Commission.

On October 5, 2001, the defendants filed
a motion for summary judgment. In a
careful and comprehensive, 79–page opin-
ion, the District Court analyzed the evi-
dence presented by Thompson in support
of each of her claims and concluded that no
genuine issues of material fact existed.
The District Court therefore granted the
defendants' motion for summary judgment.

For substantially the reasons stated by
the District Court, we agree that the de-
fendants are entitled to summary judg-
ment. Accordingly, the judgment of the
District Court granting the defendants'
motion and dismissing Thompson's com-
plaint is hereby AFFIRMED.